

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 27 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24 CR 243 DHU |
| ) | |
| vs. ) | Counts 1-4: 18 U.S.C. § 1951: |
| ) | Interference with Commerce by Robbery; |
| **JOSHUA ANTHONY CANDELARIA**, ) | |
| ) | Count 5: 18 U.S.C. §§ 922(g)(1) and 924: |
| Defendant. ) | Felon in Possession of a Firearm and |
| ) | Ammunition. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about July 28, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JOSHUA ANTHONY CANDELARIA**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that defendant unlawfully took and obtained personal property consisting of U.S. currency from John Doe 1, then employed by Family Dollar, against John Doe 1's will, by means of actual and threatened force, violence, and fear of injury, that is, the defendant brandished an apparent firearm in the presence of John Doe 1 and demanded cash from the business.

In violation of 18 U.S.C. § 1951.

Count 2

On or about August 13, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JOSHUA ANTHONY CANDELARIA**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by

robbery, in that defendant unlawfully took and obtained personal property consisting of U.S. currency from Jane Doe 1, then employed by Family Dollar, against Jane Doe 1's will, by means of actual and threatened force, violence, and fear of injury, that is, the defendant brandished an apparent firearm in the presence of Jane Doe 1 and demanded cash from the business.

In violation of 18 U.S.C. § 1951.

## Count 3

On or about September 28, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JOSHUA ANTHONY CANDELARIA**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that defendant unlawfully took and obtained personal property consisting of U.S. currency from Jane Doe 2 and Jane Doe 3, then employed by Dollar General, against Jane Doe 2 and Jane Doe 3's will, by means of actual and threatened force, violence, and fear of injury, that is, the defendant brandished an apparent firearm in the presence of Jane Doe 2 and Jane Doe 3 and demanded cash from the business.

In violation of 18 U.S.C. § 1951.

## Count 4

On or about October 3, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JOSHUA ANTHONY CANDELARIA**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that defendant unlawfully took and obtained personal property consisting of U.S. currency from Jane Doe 4, then employed by Dunkin Donuts, against Jane Doe 4's will, by means of actual and threatened force, violence, and fear of injury, that is, the defendant

brandished an apparent firearm in the presence of Jane Doe 4 and demanded cash from the business.

. In violation of 18 U.S.C. § 1951.

### Count 5

On or about November 2, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JOSHUA ANTHONY CANDELARIA**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) trafficking (by possession with intent to distribute);

(2) auto burglary;

(3) aggravated burglary; and

(4) conspiracy to commit tampering with evidence;

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **JOSHUA ANTHONY CANDELARIA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a black Taurus G3C 9mm pistol, bearing serial number AEA008870;

b. approximately seven rounds of 9mm ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney